

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE:  TELETRAC, INC., | § | |
| | | No. 08-13-00063-CV |
| Relator. | § | |
| | | AN ORIGINAL PROCCEDING |
| | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's motion to dismiss the petition for writ of mandamus, and concludes that Relator's motion should be granted.  We therefore grant Relator's motion and dismiss the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 24TH DAY OF JULY, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.